PATRICK J. LEAHY et al., as Copartners under the Firm Name of LEAHY BROTHERS, Appellants, *v.* SAMUEL JORDAN, Respondent.

(Argued June 13, 1930; decided July 8, 1930.)

*William A. Dunne* for appellants.

*John J. Scully* for respondent.

Judgment of the Appellate Division reversed and judgment of the City Court of Troy affirmed, with costs in this court and in the Appellate Division on the ground that there was a question of fact as to defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.